In the Matter of the Application of Louis Krell, Appellant, for an Order of Mandamus against Chevra Chasidim Sedigir Tfesres Israel Merizin, Respondent.— Order denying petitioner's motion for an alternative order of mandamus unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Richard Cohen, an Infant, by His Guardian ad Litem, Louis Cohen, Respondent, v. Amalgamated Housing Corporation, Appellant.— Order denying defendant's motion for leave to serve an amended answer unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Samuel Solomon, Respondent, v. Standard Brief Case Co., Inc., Appellant. — Order, so far as appealed from, denying defendant's motion to vacate or modify notice of examination of defendant, by its president, Jacob Roth, before trial, unanimously modified by striking out items 9 and 10 of the notice of examination, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Royal Indemnity Company, Respondent, v. The Browning Painting Co., Inc., Appellant.— Order denying defendant's motion to dismiss the complaint for lack of prosecution, upon payment of ten dollars costs to the defendant, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Leonard G. Hagner, as Receiver of the National Assets Corporation, Appellant, v. Frank White and Others, Respondents.— Order denying plaintiff's motion to transfer cause to the Trial Term Jury Calendar unanimously affirmed, with twenty dollars costs and disbursements to the respondents appearing by separate attorneys and filing briefs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

John O. Murphy, Respondent, v. Ætna Life Insurance Company, Appellant. — Order granting plaintiff's motion to open his default and denying defendant's motion to vacate notice of examination of defendant before trial unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Ora W. Shields, Appellant, v. National Transportation Co., Inc., Respondent.— Order denying plaintiff's motion for a preference unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Louis Lupas, Appellant, v. Grosset & Dunlap, Inc., Respondent.— Order, so far as appealed from, granting defendant's motion for a bill of particulars unanimously modified by eliminating items 13, 15 and 16 of the notice of motion, and as so modified affirmed, without costs. No opinion. The bill of particulars to be served within ten days after service of order. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.